**Order entered October 23, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01034-CR

### THE STATE OF TEXAS, Appellant

### V.

### GILBERTO SOSTONES, Appellee

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F14-75964-P**

## ORDER
Before Justices Bridges, Francis, and Myers

Based on the Court's opinion of this date, we **DIRECT** the Clerk of the Court to issue the

mandate in this appeal **INSTANTER**.

/s/     LANA MYERS
               JUSTICE